# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br><br>v.<br><br>**ERASMO PEREZ RUIZ**<br><br>*Defendant* | Case No. 25-MJ- 156 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 30, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol
*Printed name and title*

Sworn to before me and signed telephonically.

Date: October 6, 2025

*Judge's signature*

City and State:  Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK  )
COUNTY OF ERIE     )   SS:
CITY OF BUFFALO    )

I, Thomas J. Coffman, being duly sworn, deposes and says that:

1. I am a United States Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo, New York. I have been employed as a Border Patrol Agent for fourteen (14) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of Removed Aliens.

3. I make this Affidavit in support of the Criminal Complaint charging Erasmo PEREZ RUIZ (hereinafter "PEREZ RUIZ"), an alien, born in 1995 in Mexico, with having been found in the United States after having been previously removed or deported from the

United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

## PROBABLE CAUSE

5. On or about September 30, 2025, Buffalo Border Patrol Station Targeting Unit (TU) Agents in collaboration with Homeland Security Investigations (HSI) and Immigration and Customs Enforcement (ICE) and Enforcement and Removal Operations (ERO) arrested seven illegal aliens as part of the national security missions established under Operation Unified Alliance and Operation Safeguard in Amherst, New York, within the Western District of New York.

6. TU Agents, ICE Agents, HSI Agents, and ERO Deportation Officers were conducting plain clothes surveillance on three vehicles with out-of-state plates from the same state, traveling in tandem to a hotel in Amherst, New York, know to board illegal aliens on several occasions. Agents had witnessed these vehicles enter and exit the hotel together on

previous occasions.

7.   Record checks revealed that two of the vehicles were registered to a contracting company which is owned and operated by an illegal alien and the third vehicle was registered to an illegal alien who has previously been removed from the United States. Contractors in the Buffalo, New York area will often seek subcontracting from out-of-state contractors who employ illegal aliens due to local labor costs being higher.

8.   Agents observed two of the vehicles enter the parking lot, while the vehicles were parked, agents approached both trucks and identified themselves as immigration officers of their respective agencies. From these two vehicles, agents were able to detain four illegal aliens.

9.   Agents waited in the immediate vicinity for the third vehicle to arrive. After several minutes of the third vehicle not arriving, the Agents on scene determined that the third vehicle had been notified of the operation by one of the four illegal aliens who were already detained. Several Agents drove around the immediate area in an attempt to locate the third vehicle.

10.  Agents were able to locate the third vehicle parked in the parking lot of a local retailer, occupied by three male subjects. As Agents in both marked and unmarked vehicles approached the third vehicle, with emergency lights and sirens activated, the driver did flee at a high rate of speed and with wanton disregard. The driver drove across a median and onto a busy thoroughfare, nearly striking both Agent and civilian vehicles in the process.

11. After a brief chase, the vehicle pulled into the parking lot of a separate local retailer, and all three subjects exited the vehicle and ran into a wooded area to evade apprehension. Agents were able to apprehend all three individuals including PEREZ RUIZ, who was identified as the driver of the vehicle. Agents identified themselves as immigration officers of their respective agencies. All three individuals freely admitted to being illegally present in the United States.

12. U.S. Border Patrol Agents took PEREZ RUIZ into custody. As a part of processing, an electronic scan of PEREZ RUIZ's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that PEREZ RUIZ had been issued an FBI number and immigration fingerprint identification number.

13. Criminal and immigration database record checks associated with PEREZ RUIZ's fingerprints revealed the following:

   a. PEREZ RUIZ is a native and citizen of Mexico.

   b. On or about April 7, 2014, PEREZ RUIZ was order removed an agency official in San Ysidro, California.

   c. On or about April 7, 2014, PEREZ RUIZ was served a warning to aliens being ordered removed or deported.

   d. On or about April 7, 2014, PEREZ RUIZ was physically removed from the United States via the San Ysidro, California Port of Entry.

   e. On or about April 12, 2014, PEREZ RUIZ was ordered removed by an agency official in Otay Mesa, California.

   f. On or about April 12, 2014, PEREZ RUIZ was served a warning to aliens being ordered removed or deported.

g. On or about April 13, 2014, PEREZ RUIZ was physically removed from the United States via the San Ysidro, California Port of Entry.

14. There is no record that PEREZ RUIZ had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

15. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about September 30, 2025, within the Western District of New York, Erasmo PEREZ RUIZ, an alien who was removed from the United States on or about April 7, 2014, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

*Thomas J. Coffman*
THOMAS J. COFFMAN
U.S. Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 6th day of October 2025.

*H. Kenneth Schroeder, Jr.*
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge